UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23718-BLOOM/Otazo-Reyes

TYLER ANGENE,

    Plaintiff,

v.

ACTING COMMISSIONER OF SOCIAL SECURITY,
*Kilolo Kijakazi*,

    Defendant.
_____/

## ORDER OF REMAND

**THIS CAUSE** is before the Court upon Defendant Kilolo Kijakazi, Commissioner of Social Security's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand Defendant, ECF No. [17] (the "Motion"). Defendant requests that the Court remand this action pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff does not oppose the relief sought. The Court has carefully reviewed the Motion and is otherwise fully advised. Under sentence four of 42 U.S.C. § 405(g), this Court has the power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292, 296 n.1 (1993) (quoting 42 U.S.C. § 405(g)); *see also Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion, **ECF No. [17]**, is **GRANTED**.
2. The Commissioner's decision is **REVERSED** and this case is **REMANDED** to the Commissioner, pursuant to 42 U.S.C. § 405(g), to conduct further proceedings

Case No. 22-cv-22842-BLOOM/Otazo-Reyes

consistent with this Order. On remand, the Appeals Council will instruct the Administrative Law Judge to 1) reconsider the claimant's residual functional capacity, particularly any limitations related to the claimant's hearing loss; 2) to obtain vocational expert evidence; 3) to offer the claimant the opportunity for a hearing; 4) to take any further action needed to complete the administrative record; and 5) to issue a new decision.

3. This Order constitutes entry of final judgment, pursuant to Federal Rules of Civil Procedure 58(a) and 59, for further proceedings.

4. Any pending motions are **DENIED AS MOOT**.

5. Any pending deadlines are **TERMINATED**.

6. The Clerk is **DIRECTED TO CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 14, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record